COOLEY GODWARD LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE BROWN, Derivatively on Behalf of Nominal Defendant CHORDIANT SOFTWARE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN KELLY, CARY G. MORGAN, STEVE G. VOGEL, SAMUEL T. SPADAFORA, DONALD J. MORRISON, ALLEN SWANN, JEREMY COOTE, DAVID R. SPRINGETT, WILLIAM RADUCHEL, and STEVEN R. SPRINGSTEEL,<br><br>Defendants,<br><br>and<br><br>CHORDIANT SOFTWARE, INC.<br><br>Nominal Defendant. | Case No.  C 06-04671 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SHAREHOLDER DERIVATIVE COMPLAINT** |

This Stipulation is entered into by and between Plaintiff and Defendants through their respective attorneys of record.

WHEREAS, Plaintiff's Shareholder Derivative Complaint ("Complaint") was filed on August 1, 2006;

1  WHEREAS, Plaintiff served Nominal Defendant Chordiant ("Chordiant") with the
2  Complaint on August 11, 2006;

3  WHEREAS, Chordiant's response to the Complaint is due on August 31, 2006;

4  WHEREAS, without waiving any defense, counsel for Defendants has agreed to accept
5  service on behalf of all individual defendants;

6  WHEREAS, the parties have agreed that all of the defendants may have until October 20
7  2006 to respond to the Complaint;

8  IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the
9  Court as follows:

10  1.  The defendants shall respond to the Complaint on or before October 20, 2006.
11  IT IS SO STIPULATED.

12                                              Respectfully submitted,

13  Dated: August 30, 2006                      COOLEY GODWARD LLP

                                                  /s/
                                                Laura R. Smith
                                                Attorneys for Defendants
                                                CHORDIANT SOFTWARE, INC.; STEPHEN
                                                KELLY, CARY G. MORGAN, STEVE G.
                                                VOGEL, SAMUEL T. SPADAFORA,
                                                DONALD J. MORRISON, ALLEN SWANN,
                                                JEREMY COOTE, DAVID R. SPRINGETT,
                                                WILLIAM RADUCHEL, and STEVEN R.
                                                SPRINGSTEEL

| | | |
|---|---|---|
| 1 | Dated: August 30, 2006 | SCHIFFRIN & BARROWAY LLP |
| 2 | | 280 King of Prussia Road |
| | | Radnor, PA  19087 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Sandra Smith
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

THE FOREGOING STIPULATION IS
APPROVED AND IS SO ORDERED.

DATED:__September 5, 2006_____     _____/s/ James Ware_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable James Ware
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　Northern District of California

735520 v1/PA