**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jesse Brown, derivatively on behalf of Nominal Defendant Chordiant Software, Inc., <br><br> Plaintiff, <br> v. <br><br> Stephen Kelly, et al., <br><br> Defendants <br> and, <br><br> Chordiant Software, Inc., <br><br> Nominal Defendant. | NO. C 06-04671 JW <br><br> Related Case No. C 06-05603 <br><br> **ORDER VACATING HEARING ON MOTION TO CONSOLIDATE CASES, APPOINT LEAD PLAINTIFFS, LEAD COUNSEL, AND LIAISON COUNSEL** |

The Court deems the motions to consolidate cases and to appoint lead plaintiffs, lead counsel, and liaison counsel appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 27, 2006 is vacated. The parties shall still appear for the case management conference scheduled on that day.

Dated: November 21, 2006

*James Ware*
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R. Plutzik aplutzik@bramsonplutzik.com
Christopher J. Sundermeier Sundermeierc@Cooley.com
Eric L. Zagar ezagar@sbclasslaw.com
Kathryn A. Schofield kschofield@bramsonplutzik.com
L. Timothy Fisher ltfisher@bramsonplutzik.com
Laura R. Smith smithlr@cooley.com

**Dated:  November 21, 2006**            **Richard W. Wieking, Clerk**

              **By:   /s/ JW Chambers**
                **Elizabeth Garcia**
                **Courtroom Deputy**

**United States District Court**
For the Northern District of California