UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION )<br>)<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>All Actions )<br>)<br>)<br>)<br>)<br>) | Master File No.: C-06-04671-JW<br><br>**[PROPOSED] ORDER SUBSTITUTING COUNSEL** |

Having reviewed and considered Defendant Samuel Spadafora's Motion to Substitute Counsel, the Court hereby orders that John C. Dwyer, Christopher J. Sundermeier and Laura Smith of Cooley Godward Kronish, LLP ("Cooley") be removed as counsel of record for Samuel Spadafora and Nina F. Locker, Caz Hashemi and Dominique-Chantale Alepin of Wilson Sonsini Goodrich & Rosati ("WSGR") be designated as Samuel Spadafora's counsel.

**IT IS SO ORDERED**.

Dated: _____December 7th_____, 2006

_/s/ James Ware_
JAMES WARE
United States District Judge

C-06-04671-JW
PROPOSED ORDER SUBSTITUTING COUNSEL