COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
CHORDIANT SOFTWARE, INC., STEPHEN KELLY,
CARY G. MORGAN, STEVE G. VOGEL,
DONALD J. MORRISON, ALLEN SWANN,
JEREMY COOTE, DAVID R. SPRINGETT,
WILLIAM RADUCHEL, AND
STEVEN R. SPRINGSTEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. C 06-04671 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO** |

This Stipulation is entered into by and between Plaintiffs, Nominal Defendant Chordiant Software, Inc. ("Chordiant"), and Defendants Stephen Kelly, Cary G. Morgan, Steve G. Vogel, Donald J. Morrison, Allen Swann, Jeremy Coote, David R. Springett, William Raduchel, Steven R. Springsteel, and Samuel T. Spadafora, (collectively, "Defendants") through their respective attorneys of record.

WHEREAS, Plaintiff Jesse Brown filed a Shareholder Derivative Complaint against the Defendants on August 1, 2006;

WHEREAS, Plaintiff Louis Suba filed a Shareholder Derivative Complaint against the Defendants on September 13, 2006;

1  WHEREAS, on November 27, 2006, the Court entered an Order consolidating the above-referenced actions.

2  WHEREAS, the Court's Order also set a hearing on Defendants' anticipated motions to dismiss for May 7, 2007 at 9:00 a.m.

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. Plaintiffs shall file and serve their Consolidated Complaint on or before January 11, 2007.

2. Defendants shall file and serve any responses to the Consolidated Complaint, including any motions to dismiss on or before February 28, 2007.

3. Plaintiffs' opposition to any motions to dismiss shall be filed and served on or before March 30, 2007.

4. Defendants' reply briefs shall be filed and served on or before April 20, 2007.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 6, 2006            COOLEY GODWARD KRONISH LLP


                                   /s/
                                   Laura R. Smith
                                   Attorneys for Defendants
                                   CHORDIANT SOFTWARE, INC., STEPHEN
                                   KELLY, CARY G. MORGAN, STEVE G.
                                   VOGEL, DONALD J. MORRISON, ALLEN
                                   SWANN, JEREMY COOTE, DAVID R.
                                   SPRINGETT, WILLIAM RADUCHEL, AND
                                   STEVEN R. SPRINGSTEEL

| | | |
|---|---|---|
| 1 | Dated: December 6, 2006 | SCHIFFRIN & BARROWAY LLP |
| 2 | | 280 King of Prussia Road |
| | | Radnor, PA  19087 |

_____/s/_____
Sandra Smith
Attorneys for Plaintiff

Dated: December 6, 2006          WILSON SONSINI GOODRICH & ROSATI
                                 650 Page Mill Road
                                 Palo Alto, California 94304-1050

_____/s/_____
Nina Locker
Attorneys for Defendant Samuel Spadafora

THE FOREGOING STIPULATION IS
APPROVED AND IS SO ORDERED.

DATED:___December 7th, 2006_____          _____
                                              Honorable James Ware
                                              United States District Judge
                                              Northern District of California

742431 v1/PA

3.                    **STIPULATION AND [P<span>ROPOSED</span>] O<span>RDER</span>**
                      **C<span>ASE</span> N<span>O</span>. C 06-04671 JW**