COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
BENJAMIN D. SINGERMAN (242725) bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
STEPHEN KELLY, CARY G. MORGAN,
STEVE G. VOGEL, DONALD J. MORRISON,
ALLEN SWANN, JEREMY COOTE,
DAVID R. SPRINGETT, WILLIAM RADUCHEL, and
STEVEN R. SPRINGSTEEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. C 06-04671 JW<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**<br><br>Judge: Hon. James Ware<br>Date: May 7, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8 |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

747790 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-04671 JW

WHEREAS, there is presently a shareholder derivative action against certain of the present and former officers and directors of Chordiant Software, Inc. ("Chordiant") on file in this Court which is styled as In re Chordiant Derivative Litigation, Case No. C06-04671 JW;

WHEREAS, the Court established a briefing schedule by an Order dated December 7, 2007;

WHEREAS, Plaintiffs filed and served their Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") in the present action on January 11, 2007;

WHEREAS, any responses to the Consolidated Complaint, including any motions to dismiss, are due on February 28, 2007;

WHEREAS, the Court has set a hearing on Defendants' anticipated motions to dismiss for May 7, 2007 at 9:00 a.m.,

WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for approval that would postpone all activity in the case in order for the parties to engage in settlement discussions;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. Defendants shall file and serve any responses to the Consolidated Complaint, including any motions to dismiss, on or before March 21, 2007.

2. Plaintiffs' opposition to any motions to dismiss shall be filed and served on or before April 20, 2007.

3. Defendants' reply briefs shall be filed and served on or before May 11, 2007.

4. The hearing on Defendants' motions to dismiss will be scheduled for June 4, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

747790 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-04671 JW

| | |
|---|---|
| Dated: February 21, 2007 | COOLEY GODWARD KRONISH LLP |
| | /s/ |
| | Benjamin Singerman |
| | Attorneys for Defendants |
| | CHORDIANT SOFTWARE, INC., STEPHEN KELLY, CARY G. MORGAN, STEVE G. VOGEL, DONALD J. MORRISON, ALLEN SWANN, JEREMY COOTE, DAVID R. SPRINGETT, WILLIAM RADUCHEL, and STEVEN R. SPRINGSTEEL |
| Dated: February 21, 2006 | SCHIFFRIN & BARROWAY LLP  280 King of Prussia Road  Radnor, PA  19087 |
| | /s/ |
| | Lee Rudy |
| | Attorneys for Plaintiff |
| Dated: February 21, 2006 | WILSON SONSINI GOODRICH & ROSATI  650 Page Mill Road  Palo Alto, California 94304-1050 |
| | /s/ |
| | Nina Locker |
| | Attorneys for Defendant Samuel Spadafora |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.*

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 2/22/2007                    _____
                                    Honorable James Ware
                                    United States District Judge
                                    Northern District of California

742431 v1/PA

747790 v1/PA

2.

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO. C 06-04671 JW**

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO