COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
BENJAMIN D. SINGERMAN (242725) bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendants
STEPHEN KELLY, CARY G. MORGAN,
STEVE G. VOGEL, DONALD J. MORRISON,
ALLEN SWANN, JEREMY COOTE,
DAVID R. SPRINGETT, WILLIAM RADUCHEL, and
STEVEN R. SPRINGSTEEL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION | Master File No. C 06-04671 JW |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED SCHEDULE FOR A FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. James Ware<br>Date: August 6, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8 |

WHEREAS, there is presently a shareholder derivative action against certain of the present and former officers and directors of Chordiant Software, Inc. ("Chordiant") on file in this Court which is styled as In re Chordiant Derivative Litigation, Case No. C06-04671 JW;

WHEREAS, the Court established a schedule by an Order dated November 27, 2007 setting on May 7, 2007 a hearing on Defendants' anticipated motions to dismiss at 9:00 a.m. and a further case management conference at 10:00 a.m.;

WHEREAS, the Court established a revised briefing schedule by an Order dated March 15, 2007 setting a hearing on Defendants' anticipated motions to dismiss for August 6, 2007 at 9:00 a.m.;

WHEREAS, a case management conference is currently scheduled for May 7, 2007 at 10:00 a.m.,

WHEREAS, the parties are currently engaged in settlement discussions and wish to enter into a stipulation to postpone the case management conference currently scheduled for May 7, 2007 until August 6, 2007 in order to allow the parties to continue settlement discussions;

IT IS HEREBY STIPULATED by and between the undersigned and so ordered by the Court as follows:

1. The Further Case Management Conference will be rescheduled for August 6, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: April 19, 2007            COOLEY GODWARD KRONISH LLP

                                 _____/s/_____
                                 Benjamin Singerman
                                 Attorneys for Defendants
                                 CHORDIANT SOFTWARE, INC., STEPHEN KELLY, CARY G. MORGAN, STEVE G. VOGEL, DONALD J. MORRISON, ALLEN SWANN, JEREMY COOTE, DAVID R. SPRINGETT, WILLIAM RADUCHEL, and STEVEN R. SPRINGSTEEL

| | | |
|---|---|---|
| 1 | Dated: April 19, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 3 | | _____/s/_____ |
| 4 | | Lee D. Rudy |
| | | Attorneys for Plaintiffs |
| 5 | Dated: April 19, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 6 | | 650 Page Mill Road |
| | | Palo Alto, California 94304-1050 |
| 7 | | |
| 8 | | _____/s/_____ |
| | | Caz Hashemi |
| 9 | | Attorneys for Defendant Samuel Spadafora |

*Filer's Attestation:* Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: 4/30/2007

_____/s/ James Ware_____
Honorable James Ware
United States District Judge
Northern District of California

751771 v1/PA