BRAMSON, PLUTZIK, MAHLER
& BIRKHAEUSER, LLP
ALAN R. PLUTZIK (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
LEE D. RUDY
MICHAEL C. WAGNER
JAMES H. MILLER
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. C 06-04671 JW<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED BRIEFING SCHEDULE FOR OPPOSITION TO MOTION TO DISMISS**<br><br>Judge: Hon. James Ware<br>Date: August 6, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8 |

WHEREAS, there is presently a shareholder derivative action against certain of the present and former officers and directors ( the "Individual Defendants") of Chordiant Software, Inc. ("Chordiant") on file in this Court which is styled as *In re Chordiant Derivative Litigation*, Case No. C06-04671 JW;

WHEREAS, Plaintiffs filed and served their Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") in the present action on January 11, 2007;

1    WHEREAS, nominal defendant Chordiant filed and served its Motion to Dismiss
2 Shareholder Derivative Action (the "Nominal MTD") on May 21, 2007;

3    WHEREAS, the Individual Defendants filed and served their Motion to Dismiss the
4 Shareholder Derivative Action (the "Individual MTD") on May 21, 2007;

5    WHEREAS, Plaintiffs' opposition to the MTDs (the "Opposition") is due to be filed on or
6 before June 20, 2007;

7    WHEREAS, Chordiant's reply to the Opposition (the "Reply"), if any, is due to be filed
8 on or before July 11, 2007;

9    WHEREAS, the Court has set a hearing on Chordiant's and the Individual Defendants'
10 MTD for August 6, 2007 at 9:00 a.m.,

11    WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for
12 approval that would postpone Plaintiffs' obligation to file and serve the Opposition in order for
13 the parties to engage in settlement discussions;

14    IT IS HEREBY STIPULATED by and between the undersigned and their counsel of
15 record and so ordered by the Court as follows:

16    1.    Plaintiffs' Opposition shall be filed and served on or before Friday, July 6, 2007.

17    2.    Chordiant's Reply, if any, shall be filed and served on or before Monday, July 23,
18 2007.

19 IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 14, 2007 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | Alan R. Plutzik (Bar No. 077785) |
| 3 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, California 94598 |
| 4 | | |
| 5 | | and |
| 6 | | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 7 | | Lee D. Rudy |
| | | Michael C. Wagner |
| 8 | | James H. Miller |
| | | 280 King of Prussia Road |
| 9 | | Radnor, Pennsylvania 19087 |

/s/ Alan R. Plutzik
Alan R. Plutzik
Attorneys for PLAINTIFFS

Dated: June 14, 2007

COOLEY GODWARD KRONISH LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

/s/ Benjamin Singerman
Benjamin Singerman
Attorneys for Defendants
CHORDIANT SOFTWARE, INC., STEPHEN KELLY, CARY G. MORGAN, STEVE G. VOGEL, DONALD J. MORRISON, ALLEN SWANN, JEREMY COOTE, DAVID R. SPRINGETT, WILLIAM RADUCHEL, and STEVEN R.SPRINGSTEEL

Dated: June 14, 2007

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94304-1050

_/s/ Dominique –Chantale Alepin_

Dominique-Chantale Alepin
Attorneys for Defendant SAMUEL SPADAFORA

<u>Attestation Pursuant To General Order 45</u>

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of June, 2007, at Walnut Creek, California.

_/s/_   Alan R. Plutzik

IT IS SO ORDERED.

DATED: ___June 19 2007___

Honorable James Ware
United States District Judge
Northern District of California