COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
LAURA R. SMITH (205159) (laura.smith@cooley.com)
BENJAMIN D. SINGERMAN (242725) bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

Attorneys for Defendants
JEREMY COOTE, STEPHEN KELLY, CARY G. MORGAN, DONALD J. MORRISON, WILLIAM RADUCHEL, SAMUEL T. SPADAFORA, ALLEN SWANN, DAVID R. SPRINGETT, STEVEN R.SPRINGSTEEL, STEVE G. VOGEL, and
Nominal Defendant CHORDIANT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION | Master File No.  C 06-04671 JW |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND [PROPOSED] ORDER POSTPONING THE HEARING ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. James Ware<br>Date: August 6, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8 |

   WHEREAS, there is presently a shareholder derivative action against certain of the present and former officers and directors of Chordiant Software, Inc. ("Chordiant") on file in this Court which is styled as In re Chordiant Derivative Litigation, Case No. C06-04671 JW;

   WHEREAS, Plaintiffs filed and served their Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") in the present action on January 11, 2007;

   WHEREAS, nominal defendant Chordiant filed and served its Motion to Dismiss Shareholder Derivative Action, and the Individual Defendants filed and served their Motion to

1  Dismiss the Shareholder Derivative Action (collectively, the "Motions to Dismiss") on May 21,
2  2007;

3  WHEREAS, Plaintiffs' Opposition to the Motions to Dismiss (the "Opposition") is due to
4  be filed on or before Friday, July 6, 2007;

5  WHEREAS, Chordiant's and the Individual Defendants' reply to the Opposition is due to
6  be filed on or before Monday, July 23, 2007;

7  WHEREAS, the Court has set a hearing on the Motions to Dismiss for August 6, 2007 at
8  9:00 a.m.;

9  WHEREAS, the parties met for purposes of settlement on June 28, 2007;

10  WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for
11  approval that would postpone the hearing on the Motions to Dismiss, along with all associated
12  activities and deadlines, in order for the parties to continue to engage in settlement discussions;

13  IT IS HEREBY STIPULATED by and between the undersigned and their counsel of
14  record and so ordered by the Court as follows:

15  1.  Plaintiffs' opposition to any motions to dismiss shall be filed and served on or
16  before September 11, 2007.

17  2.  Defendants' reply briefs shall be filed and served on or before October 1, 2007.

18  3.  The hearing on Defendants' Motions to Dismiss will be scheduled for Monday,
19  October 15, 2007 at 9:00 a.m., or such other date as the Court finds convenient.

20  IT IS SO STIPULATED.

21  Dated: July 5, 2007                COOLEY GODWARD KRONISH LLP

22                                              /s/
                                        ─────────────────────────────
23                                      Benjamin Singerman

24                                      Attorneys for Defendants
                                        JEREMY COOTE, STEPHEN KELLY, CARY G.
25                                      MORGAN, DONALD J. MORRISON,
                                        WILLIAM RADUCHEL, SAMUEL T.
26                                      SPADAFORA, ALLEN SWANN, DAVID
                                        R. SPRINGETT, STEVEN R. SPRINGSTEEL,
27                                      STEVE G. VOGEL, and
                                        Nominal Defendant CHORDIANT SOFTWARE,
28                                      INC.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

755709 v1/PA                2.              STIPULATION AND [PROPOSED] ORDER
                                            CASE NO. C 06-04671 JW

| | | |
|---|---|---|
| 1 | Dated: July 5, 2007 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | | 280 King of Prussia Road |
| 3 | | Radnor, PA  19087 |
| 4 | | _____/s/_____ |
|   | | Lee D. Rudy |
| 5 | | Attorneys for Plaintiffs |
| 6 | Dated: July 5, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 7 | | 650 Page Mill Road |
|   | | Palo Alto, California 94304-1050 |
| 8 | | _____/s/_____ |
| 9 | | Dominique-Chantale Alepin |
|   | | Attorneys for Defendant SAMUEL SPADAFORA |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.*

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED.  Plaintiffs' Opposition shall be filed and served on or before September 11, 2007.  The Defendants' reply, if any, shall be filed and served on or before October 1, 2007.  The hearing on the Defendants' Motions to Dismiss currently set for August 6, 2007 is rescheduled for October 15, 2007 at 9:00 AM.   The Case Management Conference also set for August 6, 2007 at 10:00 AM is continued to October 15, 2007 at 10:00 AM

DATED: July 6, 2007

_____
Honorable James Ware
United States District Judge
Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

755709 v1/PA

3.

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO.  C 06-04671 JW**