1    SCHIFFRIN BARROWAY TOPAZ
       & KESSLER, LLP
2    ALAN R. PLUTZIK (Bar No. 077785)
       2125 Oak Grove Road, Suite 120
3    Walnut Creek, California 94598
       Telephone:  (925) 945-0200
4
       and
5
       SCHIFFRIN BARROWAY TOPAZ
6    & KESSLER, LLP
       LEE D. RUDY
7    MICHAEL C. WAGNER
       JAMES H. MILLER
8    280 King of Prussia Road
       Radnor, Pennsylvania 19087
9    Telephone: (610) 667-7706

10    Attorneys for  Plaintiffs

*IT IS SO ORDERED AS MODIFIED*

*Judge James Ware*

9/12/2007

11                UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                   SAN JOSE DIVISION

14

15    IN RE CHORDIANT DERIVATIVE           Master File No.  C 06-04671 JW
       LITIGATION

16                                    **CORRECTED STIPULATION AND
                                   [PROPOSED] ORDER ESTABLISHING A
17    This Document Relates To:             REVISED BRIEFING SCHEDULE FOR
                                   OPPOSITION TO MOTION TO DISMISS**
18    All Actions

19                                    Judge: Hon. James Ware
                                   Date: November 11, 2007
20                                    Time:  9:00 a.m.
                                   Courtroom: 8

21

22            WHEREAS, there is presently a shareholder derivative action against certain of the

23 present and former officers and directors ( the "Individual Defendants") of Chordiant Software,

24 Inc. ("Chordiant") on file in this Court which is styled as *In re Chordiant Derivative Litigation*,

25 Case No. C06-04671 JW;

26            WHEREAS, Plaintiffs filed and served their Verified Consolidated Shareholder

27 Derivative Complaint ("Consolidated Complaint") in the present action on January 11, 2007;

28

CORRECTED STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED
BRIEFING SCHEDULE FOR OPPOSITION TO MOTION TO DISMISS
Case No.  C 06-04671 JW
813964.1

                                                                1

1   WHEREAS, nominal defendant Chordiant filed and served its Motion to Dismiss the

2   Consolidated Complaint on May 21, 2007;

3   WHEREAS, the Individual Defendants filed and served their Motion to Dismiss the

4   Consolidated Complaint on May 21, 2007;

5   WHEREAS, Plaintiffs' oppositions to the Motions to Dismiss (the "Oppositions") are due

6   to be filed on or before September 11, 2007;

7   WHEREAS, Chordiant's and the Individual Defendants' (collectively the "Defendants")

8   replies to the Oppositions (the "Replies"), if any, are due to be filed on or before October 1, 2007;

9   WHEREAS, the Court has set a hearing on the Motions to Dismiss for October 15, 2007

10   at 9:00 a.m.,

11   WHEREAS, the parties met for the purposes of settlement on September 5, 2007, and

12   continue to engage in settlement discussions;

13   WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for

14   approval that would postpone Plaintiffs' obligation to file and serve the Oppositions to facilitate

15   further settlement discussions;

16   IT IS HEREBY STIPULATED by and between the undersigned and their counsel of

17   record and so ordered by the Court as follows:

18       1.    Plaintiffs' Oppositions shall be filed and served on or before Friday, October 12,

19   2007.

20       2.    Defendants' Replies, if any, shall be filed and served on or before Monday,

21   October 31, 2007.

22       3.    The hearing on Defendants' Motions to Dismiss currently set for October 15, 2007

23   at 9:00 a.m. will be scheduled for Monday, November 11, 2007 at 9:00 a.m., or such later date as

24   the Court finds convenient.

25       4.    The Case Management Conference currently set for October 15, 2007 at 10:00

26   a.m. will be rescheduled for November 11, 2007 at 10:00 a.m., or on such other date as the Court

27   schedules for the hearing on Defendants' Motions to Dismiss.

28

CORRECTED STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED
BRIEFING SCHEDULE FOR OPPOSITION TO MOTION TO DISMISS
Case No.  C 06-04671 JW
813964.1

2.

1   IT IS SO STIPULATED.

2

3   Dated: September _10_, 2007

4

5

6

7

8

9

10

11

12

13

14   Dated: September _10_, 2007

15

16

17

18

19

20

21

22   Dated: September _10_, 2007

23

24

25

26

27

28

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598

and

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Lee D. Rudy
Michael C. Wagner
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania 19087


_____/s/_____
Alan R. Plutzik

Attorneys for Plaintiffs

Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155


_____/s/_____
Christopher Sundermeier

Attorney for Nominal Defendant Chordiant
Software, Inc., and for Defendants Stephen Kelly,
Cary G. Morgan, Steve G. Vogel, Donald J.
Morrison, Allen Swann, Jeremy Coote, David R.
Springett, Steven R. Springsteel and William
Raduchel

Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, California 94304-1050


_____/s/_____
Dominique-Chantale Alepin

Attorney for Defendant Samuel Spadafora

CORRECTED STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED
BRIEFING SCHEDULE FOR OPPOSITION TO MOTION TO DISMISS
Case No. C 06-04671 JW
813964.1

3.

1

<u>**Attestation Pursuant To General Order 45**</u>

2

I Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained

3

from the other signatory.  I declare under penalty of perjury under the laws of the United States

4

that the foregoing is true and correct.  Executed this 10th day of September at Walnut Creek,

5

California.

6

_____/s/Alan R. Plutzik_____

7

**IT IS SO ORDERED AS MODIFIED:**

8

The Motion to Dismiss shall be heard on November 26, 2007 at 9:00 AM.  The parties shall notice their replies and oppositions in accordance to the Local Rules. The Case Management

9

Conference is continued to November 26, 2007 at 10:00 AM.  The parties shall file a joint Case

10

Management statement ten days before the conference. This is the parties last request for continuance.

DATED:_____September 12, 2007_____

11

12

Honorable James Ware
United States District Judge
Northern District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED STIPULATION AND [PROPOSED] ORDER ESTABLISHING A REVISED
BRIEFING SCHEDULE FOR OPPOSITION TO MOTION TO DISMISS
Case No.  C 06-04671 JW
813964.1

4.