COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
CHRISTOPHER J. SUNDERMEIER (166126) (sundermeierc@cooley.com)
AARON OLSEN (224947) (aolsen@cooley.com)
BENJAMIN D. SINGERMAN (242725) bsingerman@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

Attorneys for Nominal Defendant
CHORDIANT SOFTWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.  C 06-04671 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. James Ware<br>Date: November 26, 2007<br>Time: 9:00 a.m.<br>Courtroom: 8 |

WHEREAS, there is presently a shareholder derivative action against certain of the present and former officers and directors of Chordiant Software, Inc. ("Chordiant") on file in this Court which is styled as In re Chordiant Derivative Litigation, Case No. C06-04671 JW;

WHEREAS, Plaintiffs filed and served their Verified Consolidated Shareholder Derivative Complaint ("Consolidated Complaint") in the present action on January 11, 2007;

WHEREAS, nominal defendant Chordiant filed and served its Motion to Dismiss Shareholder Derivative Action, and the Individual Defendants filed and served their Motion to Dismiss the Shareholder Derivative Action (collectively, the "Motions to Dismiss") on May 21, 2007;

WHEREAS, the Court has set a hearing on the Motions to Dismiss for November 26, 2007 at 9:00 a.m.;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

760383 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-04671 JW

WHEREAS, the parties met for purposes of settlement on September 5, 2007, and continue to engage in settlement discussions;

WHEREAS, the parties wish to enter into a stipulation to be submitted to this Court for approval that would equitably divide the time for noticing their oppositions and replies to the Motions to Dismiss, in order for the parties to continue to engage in settlement discussions;

IT IS HEREBY STIPULATED by and between the undersigned and their counsel of record and so ordered by the Court as follows:

1. Plaintiffs' opposition to any motions to dismiss shall be filed and served on or before October 24, 2007.

2. Defendants' reply briefs shall be filed and served on or before November 9, 2007.

IT IS SO STIPULATED.

Dated: October 8, 2007   COOLEY GODWARD KRONISH LLP

/s/
Benjamin D. Singerman (bsingerman@cooley.com)

Attorneys for Nominal Defendant
CHORDIANT SOFTWARE, INC.

Dated: October 8, 2007   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
610-667-7706

/s/
Lee D. Rudy (lrudy@sbtklaw.com)

Attorneys for Plaintiffs

Dated: October 8, 2007   GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
650-752-3147

/s/
Kyle Anthony Wombolt (Cal Bar No. 224603)
kwombolt@goodwinprocter.com

Attorneys for Defendant WILLIAM RADUCHEL

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

760383 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-04671 JW

| | |
|---|---|
| 1  Dated: October 8, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| 2 | Four Embarcadero Center, 17th Floor |

Dated: October 8, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415-774-2970

_____/s/_____
Steven H. Winick (Cal. Bar No. 72851)
(schwinick@sheppardmullin.com)

Attorneys for Defendants JEREMY COOTE, KATHRYN GOULD, STEPHEN KELLY, CARY G. MORGAN, DONALD J. MORRISON, SAMUEL T. SPADAFORA, ALLEN SWANN, DAVID R. SPRINGETT, STEVEN R. SPRINGSTEEL and STEVE G. VOGEL

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Benjamin D. Singerman hereby attests that concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED. Plaintiffs' Opposition shall be filed and served on or before October 24, 2007. The Defendants' reply, if any, shall be filed and served on or before November 9, 2007.

Dated: ____October 10, 2007____

_____
Honorable James Ware
United States District Judge
Northern District of California

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

760383 v1/PA

3.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 06-04671 JW