SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
ALAN R. PLUTZIK (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

and

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
LEE D. RUDY
MICHAEL C. WAGNER
JAMES H. MILLER
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706

Attorneys for Plaintiffs

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" signed Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE CHORDIANT DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No. C 06-04671 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE APRIL 7, 2008 CASE MANAGEMENT CONFERENCE TO JUNE 9, 2008**<br><br>Judge: Hon. James Ware<br>Courtroom: 8 |

WHEREAS, on January 24, 2008, the parties filed a Stipulation and [Proposed] Order Re: Defendants' Motions to Dismiss advising the Court that the parties had reached an agreement in principle to resolve this litigation, taking the February 4, 2008 hearing on Defendants' motions to dismiss off the calendar, and continuing the February 4, 2008 Case Management Conference; and

WHEREAS, since January 24, 2008, in response to Plaintiffs' demand, Defendants have produced to Plaintiffs certain non-public Chordiant documents concerning the Company's historical stock options granting practices and the investigation thereof by the Audit Committee of Chordiant's Board of Directors; and

STIPULATION AND [PROPOSED] ORDER CONTINUING THE
APRIL 7, 2008 CASE MANAGEMENT CONFERENCE TO JUNE 9, 2008
CASE NO. C 06-04671 JW

1

1  WHEREAS, since January 24, 2008, in response to Plaintiffs' demand, Defendants and Plaintiffs are currently working out an agreement to permit Plaintiffs to interview a member of the Audit Committee knowledgeable of the Company's historical stock options granting practices and the Audit Committee's investigation thereof; and

WHEREAS, the parties expect to enter into a Memorandum of Understanding to memorialize their agreement in principle to resolve this litigation on or before April 4, 2008; and

WHEREAS, pending the outcome of the above-referenced interview, the parties expect to enter into a Stipulation of Settlement to memorialize the resolution of this litigation and present such Stipulation to this Court on or before June 9, 2008; and

WHEREAS, a Case Management Conference is currently scheduled in this matter for April 7, 2008; and

WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the April 7, 2008 Case Management Conference until June 9, 2008.

IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned counsel of record for the parties hereto, that the Case Management Conference, currently set for April 7, 2008, at 10:00 a.m., will be rescheduled for June 9, 2008, at 10:00 a.m., or on such other date and time as the Court deems convenient.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

IT IS SO STIPULATED.

Dated: March 28, 2008

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598

and

SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP
Lee D. Rudy
Michael C. Wagner
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania 19087

_____/s/_____
Alan R. Plutzik

Attorneys for Plaintiffs

Dated: March 28, 2008

Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

_____/s/_____
Christopher Sundermeier

Attorney for Nominal Defendant CHORDIANT SOFTWARE, INC.

Dated: March 28, 2008

GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
212.813.8879

_____/s/_____
Jeffrey Alan Simes

Attorneys for Defendant WILLIAM RADUCHEL

STIPULATION AND [PROPOSED] ORDER CONTINUING THE
APRIL 7, 2008 CASE MANAGEMENT CONFERENCE TO JUNE 9, 2008
Case No. C 06-04671 JW

3.

| | |
|---|---|
| Dated: March 28, 2008 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>48th Floor<br>Los Angeles, CA 90071-1448<br>213.620.1780 |

_____/s/_____
John P. Stigi

Attorneys for Defendants JEREMY COOTE, KATHRYN GOULD, STEPHEN KELLY, CARY G. MORGAN, DONALD J. MORRISON, SAMUEL T. SPADAFORA, ALLEN SWANN, DAVID R. SPRINGETT, STEVEN R. SPRINGSTEEL and STEVE G. VOGEL

**Attestation Pursuant To General Order 45**

I, Alan R. Plutzik, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of March, 2008 at Walnut Creek, California.

_____/s/ Alan R. Plutzik_____

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation, the Court continues the Case Management Conference presently scheduled for April 7, 2008 to **June 16, 2008 at 10 a.m.** The parties shall file their Stipulation of Settlement on or before **June 9, 2008.** If no Stipulation is filed by that date, the parties shall file a Joint Case Management Statement informing the Court of their settlement progress.

Dated: ___April 1, 2008_____

_____James Ware_____
Honorable James Ware
United States District Judge
Northern District of California